No. 26-1073

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JANE F. GIRARD, | ) | Appeal from the United States District |
| Plaintiff - Appellee, | ) | Court for the Northern District of Illinois, |
| | ) | Eastern Division. |
| and | ) | |
| | ) | |
| KENTON GIRARD, | ) | |
| Defendant/Cross Counter | ) | No. 1:26-cv-00042 |
| Defendant - Appellant, | ) | |
| | ) | |
| v. | ) | The Honorable |
| | ) | JEREMY C. DANIEL |
| MARISSA GIRARD, | ) | Judge Presiding. |
| Defendant/Cross Counter | ) | |
| Plaintiff - Appellee. | ) | |

U.S.C.A. – 7th Circuit
R E C E I V E D
JAN 2 1 2026

**MOTION FOR TIME EXTENSION**

Defendant-Appellant, Kenton Girard, in pro se, hereby submits his motion for time extension pursuant to FRAP 27:

1. Until February 2 2026, Kenton Girard bears responsibility as the sole caretaker for his disabled wife Marissa Girard, who suffers from PTSD and interstitial cystitis.

2. Since December 2025, Marissa Girard has been experiencing a significant worsening in her conditions and has required an extended period of convalescence at home.

3. Pursuant to her treating physician's orders, she must continue this period of convalescence at home for two more weeks.

4. Defendant Appellant Kenton Girard has obtained consent from Defendant

1

Appellee Marissa Girard for this extension, but he has been unable to obtain consent from Plaintiff-Appellee Jane Girard for the same.

5. Defendant Appellant Kenton Girard being *pro se* needs to carefully review the case law before he prepares the requested brief to substantiate the basis for his appeal, or a dismissal under FRAP 42 – if required. Given that sanctions have already been ordered against Marissa Girard, Kenton Girard wishes to exercise the utmost caution before proceeding.

**WHEREFORE**, Defendant-Appellant Kenton Girard hereby requests that the Court allow him an additional ten (10) days up to and including February 9 2026 within which to prepare the requested brief to substantiate his appeal (or dismissal under FRAP 42, if warranted).

**Dated:** January 21, 2026                                    Respectfully submitted,

/s/ Kenton Girard
Defendant-Appellant, In Pro Se
965 Forestway Drive
Glencoe, IL 60022
kg5252@yahoo.com
(773) 575-7053

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 21, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by presenting to the intake counter at the Everett McKinley Dirksen United States Courthouse, Room 2722, 219 S. Dearborn Street, Chicago, IL 60604. Additionally, I have served the foregoing on all counsel of record via email and on Marissa Girard, who is pro se hereunder, also via email.

**Dated:** January 21, 2026                                    /s/ Kenton Girard