# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 22, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1073 | JANE F. GIRARD,<br>        Plaintiff - Appellee<br><br>v.<br><br>KENTON GIRARD,<br>        Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:26-cv-00042<br>Northern District of Illinois, Eastern Division<br>District Judge Jeremy C. Daniel ||

Upon consideration of the **MOTION TO EXTEND TIME**, filed on January 21, 2026, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED t**o the extent that the appellant's brief memorandum is due by February 9, 2026.


form name: **c7_Order_BTC**     (form ID: **178**)